# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0133
LT Case No. 2023-DP-102

———————————————

D.C., FATHER of G.C., a CHILD,

    Appellant,

    v.

DEPARTMENT of CHILDREN
and FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Melissa Souto, Judge.

Sara Howeller, Longwood, for Appellant.

Kelley Schaeffer, of Children's Legal Services, Department of
Children and Families, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Laura J. Lee, Assistant Director of Appeals, Tallahassee and
Beth Kathryn Roland, of Guardian ad Litem, Family First Firm,
Winter Park, for Guardian ad Litem Program.


May 28, 2024


PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and MacIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____